UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61072-CIV-ROSENBAUM/SELTZER

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ROBERT L. COTTON and
COTTON & WESTERN MINING, INC.,

      Defendants.
_____/

**ORDER REQUIRING DISCOVERY AND SCHEDULING CONFERENCE, AND REFERRING DISCOVERY MATTERS TO THE MAGISTRATE JUDGE**

This matter is before the Court upon an independent review of the record. It is hereby

**ORDERED and ADJUDGED** as follows:

1. Plaintiff shall forward a copy of this Order to every Defendant immediately upon the filing of a response to the Complaint by a Defendant in this case. If this matter has been removed from state court, the removing Defendant shall immediately forward a copy of this Order to every party who has made an appearance in the state court action.

2. Within **twenty-one days of the filing of a response** to the Complaint by a Defendant in this matter, the parties shall meet and confer regarding discovery and scheduling issues, as set out in Rule 26(f), Fed. R. Civ. P., and Local Rule 16.1(b), S.D. Fla. If this case was removed from state court, the parties' discovery and scheduling conference shall occur within **twenty-one days of this Order**.

3. Within **fourteen days** of the parties' discovery and scheduling conference, the parties shall

      file a joint discovery plan and conference report, as set forth in Rule 26(f)(3), Fed. R. Civ. P., and Local Rule 16.1(b)(2), S.D. Fla.  The parties should note that Rule 26(f)(3)(B) and Local Rule 16.1(b)(C) require the joint discovery plan and conference report to state the parties' proposed time limit to complete discovery.  This must be a joint report.  Unilateral submissions are prohibited.  Failure of counsel or unrepresented parties to file a discovery plan and conference report may result in dismissal, default, and the imposition of other sanctions, including attorney's fees and costs.

4.     The parties do not need to submit a joint proposed scheduling order pursuant to Local Rule 16.1(b)(3), S.D. Fla.  Instead, the parties shall inform the Court, in their discovery plan and conference report, to which case track they believe this case should be assigned pursuant to Local Rule 16.1(a).  They shall further advise the Court in their discovery plan and conference report of the proposed time limit to complete discovery.  In reporting this information, the parties should refer to the scheduling timelines set forth in Attachments "A" and "B" to this Order.  Attachment "A" should be used if the parties believe the case is straight-forward and may benefit from an expedited scheduling track.  In most other cases, the standard scheduling track in Attachment "B" should be used.  If the parties believe that this case is uniquely complex and requires more time, in their discovery plan and conference report, the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines.

5.     Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are referred to the Honorable Barry S. Seltzer to take all necessary and proper action as required by law.  Any motion affecting

the deadlines set by the Court's Scheduling Order is excluded from this referral.

6. Under Rule 29, Fed. R. Civ. P., the parties may stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, as well as the time for holding depositions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial.  No further order of the Court is necessary.

7. If a case is settled, counsel shall inform the Court promptly at 954-769-5670 and submit an appropriate stipulated proposed order for dismissal, pursuant to Fed. R. Civ. P. 41(a)(1). Such an Order must be filed within ten (10) days of notification to the Court.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies to:
The Honorable Barry S. Seltzer

Counsel of record

**Attachment "A" to the Order Requiring Discovery and Scheduling Conference**
**Example Scheduling Timeline for Expedited-Track Cases**

| Days After Entry of the Scheduling Order | Event |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings |
| 60 | Deadline to file joint interim status report |
| | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| 120 | Deadline to complete fact discovery |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition |
| | Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P.  Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. |
| 135 | Deadline for the filing of all dispositive motions |
| 140 | Deadline to complete mediation |
| 165 | Deadline to complete all expert discovery |
| 60 days BEFORE Calendar Call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla., and pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P. |
| | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k) |
| 250 (approximate) | Calendar Call |
| 255 (approximate) | Two-week trial period commences |

**Attachment "B" to the Order Requiring Discovery and Scheduling Conference**
**Example Scheduling Timeline for Standard-Track Cases**

| Days After Entry of the Scheduling Order | Event |
|---|---|
| 35 | Deadline to join additional parties or to amend pleadings |
| 90 | Deadline to file joint interim status report |
| 180 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| 250 | Deadline to complete fact discovery<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition<br><br>Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P.  Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. |
| 265 | Deadline for the filing of all dispositive motions |
| 270 | Deadline to complete mediation |
| 310 | Deadline to complete all expert discovery |
| 60 days BEFORE Calendar Call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla., and pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P.<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k) |
| 375(approximate) | Calendar Call |
| 380(approximate) | Two-week trial period commences |