UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-61072-CIV-ROSENBAUM**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ROBERT L. COTTON and
COTTON & WESTERN MINING, INC.,

    Defendants.
_____/

**VACATUR OF SECTION III OF JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT COTTON & WESTERN MINING, INC., AND SECTION IV OF JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT ROBERT L. COTTON**

This matter is before the Court upon the Plaintiff's Notice of Dismissal of Remaining Claims. [D.E. 19].  In this filing, Plaintiff stipulates to the dismissal without prejudice of its claims for disgorgement, prejudgment interest, and civil money penalties against Defendants Robert L. Cotton and Cotton & Western Mining, Inc.  Accordingly, it is hereby **ORDERED and ADJUDGED** that Section III of the Judgment of Permanent Injunction and Other Relief as to Defendant Cotton & Western Mining, Inc. [D.E. 16], and Section IV of the Judgment of Permanent Injunction and Other Relief as to Defendant Robert L. Cotton [D.E. 18] shall be vacated.  The Judgments of Permanent Injunction and Other Relief shall remain in effect in all other regards.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of May 2013.

                                            ROBIN S. ROSENBAUM
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record